**Order entered May 12, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00529-CV

### ENVISION RADIOLOGY TEXAS LP AND HEALTH IMAGING PARTNERS, LLC D/B/A ENVISION IMAGING OF ALLEN, Appellants

### V.

### SANDRA TRADER, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-01239-2019

### ORDER

Before the Court is appellants' May 11, 2021 unopposed motion for a thirty-day extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than June 2, 2021.

/s/ KEN MOLBERG
JUSTICE